UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| TANNA MARIA SHEPHERD, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:18-cv-00023 |
| | ) CHIEF JUDGE CRENSHAW |
| GARY NICHOLAS GILLIAN, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending that this case be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with the Court's prior orders and failure to prosecute. (Doc. No. 20.) Additionally, given the egregious failures of Shepherd's counsel, the Magistrate Judge further recommends that a copy of this order be forwarded to the Tennessee Board of Professional Responsibility for any action it deems appropriate. (Id. at 7.) No objections have been filed to the Magistrate Judge's Report and Recommendation. After a de novo review of the record, the Court agrees that this case should be dismissed without prejudice, in accordance with Federal Rule of Civil Procedure 41(b), for failure to comply with multiple prior Court orders and failure to prosecute. Therefore, the Report and Recommendation (Doc. No. 20) is **ADOPTED**.

Accordingly, Shepherd's instant action is **DISMISSED WITHOUT PREJUDICE**. Further, the Clerk of Court is instructed to **FORWARD** a copy of this Order and the Report and Recommendation to the Tennessee Board of Professional Responsibility for such action, if any, it deems appropriate.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE